**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 19-11944-BKC-AJC
MARIBEL VALDES  Chapter 13

                    Debtor              /

**DEBTOR'S OBJECTION TO CLAIM NO.: 1 ON SHORTENED NOTICE**
**FILED BY WILMINGTON SACINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA**
**TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE**
**ACQUISITION TRUST**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No: | Name of Claimant | Amount of Claim | Basis for Objection | Recommended Disposition |
|---|---|---|---|---|
| 1 | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust | Secured claim of $229,128.25 with an arrearage of $49,422.62 | Debtors is not in agreement with arrearage claim amount and is requesting a payment history. | Claim should be Amended to reflect the arrearage amount of $26,000.00. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 10/361/2019

                                        /s/
MILLER & FUNCIA, P.A.
9555 N. Kendall Drive Suite 211
Miami, FL 33176
Telephone 305-274-2922
millerandfunciapa@gmail.com
Jose P. Funcia, Esq. – FBN 698210

LF-70 (rev. 12/01/09)

CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that true copies of DEBTOR'S OBJECTION TO CLAIM NO.: 1 ON SHORTENED NOTICE FILED BY WILMINGTON SACINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST and COURT GENERATED NOTICE OF HEARING was served on October 31, 2019 as follows:

*Electronically*

*Jose P Funcia on behalf of Debtor Maribel Valdes*
*millerfunciaecf2@gmail.com,, millerandfunciapa@ecf.inforuptcy.com*

*Nancy K. Neidich*
*e2c8f01@ch13miami.com, ecf2@ch13miami.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

*Nathalie C. Rodriguez on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust*
*nrodriguez@rasflaw.com*

*Via First Class Mail*

Selene Finance, LP
Attn: BK Department
9990 Richmond Ave Ste 400 South
Houston, TX 77042

*Via Certified Mail*

Selene Finance, LP
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301
Certified No.: 7018 0680 0001 7862

                                  Law Offices of
                                  Miller & Funica, P.A.
                                  Attorney for Debtor(s)
                                  9555 N. Kendall Drive Suite 211
                                  Miami, FL 33176
                                  305-274-2922

                                  /s/ Jose P. Funcia
                                  Jose P. Funcia, Esq.
                                  Florida Bar Number: 0698210